UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ELLIOT GLASS

Plaintiff,                                              Case No.: 11-61215-CIV-Cohn/Seltzer

vs.

REGIONAL ADJUSTMENT
BUREAU, INC.,

Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), the parties to this action submit this Joint Stipulation of Dismissal with prejudice. The parties agree that each party shall bear their own costs and attorneys' fees in connection with this action.

Dated: July 20, 2011                                    Respectfully submitted,

/s Andrew I. Glenn_____                     /s Matthew Rabin_____
Andrew I. Glenn                                         Mathew A. Rabin, Esq.
E-mail:  Andrew@cardandglenn.com                        Florida Bar No. 0810681
Florida Bar No.:  577261                                Email: mrabin@dc-atty.com
J. Dennis Card, Jr.                                     DOUBERLEY & CICERO
E-mail:  Dennis@cardandglenn.com                        1000 Sawgrass Corp., Pkwy, Suite 590
Florida Bar No.  0487473                                Sunrise, FL 33323
Card & Glenn, P.A.                                      Telephone: (954) 838-8832
2501 Hollywood Boulevard, Suite 100                     Facsimile: (954) 838-8842
Hollywood, Florida 33020                                Attorneys for Defendant
Telephone:  (954) 921-9994
Facsimile:  (954) 921-9553
Attorneys for Plaintiff