UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CV-61215-COHN/SELTZER

ELLIOT GLASS,

    Plaintiffs,

v.

REGIONAL ADJUSTMENT
BUREAU, INC.,

    Defendant.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice [DE 8] ("Joint Stipulation"). The Court has reviewed the Joint Stipulation, the docket in the case, and is otherwise advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that the Complaint [DE 1] is **DISMISSED WITH PREJUDICE** with each party to bear its own attorney's fees and costs. The Clerk shall **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of July, 2011.

*James I. Cohn*
JAMES I. COHN
United States District Judge